1076

No. 97–657. CARROLL v. FEDERAL EXPRESS CORP. C. A. 9th Cir. Certiorari denied.

No. 97–719. STUART, SECRETARY, AS HEAD OF THE FLORIDA DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION, ET AL. v. AMERICAN EXPRESS TAX & BUSINESS SERVICES, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–753. MILWAUKEE BRANCH OF THE NAACP ET AL. v. THOMPSON, GOVERNOR OF WISCONSIN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–776. CAMPBELL v. CAMPBELL. Ct. App. Minn. Certiorari denied.

No. 97–788. PRESCOTT CONVENTION CENTER, INC. v. SCOTT, DIRECTOR, ARIZONA DEPARTMENT OF REVENUE, ET AL.; and

No. 97–796. YAVAPAI-PRESCOTT INDIAN TRIBE v. SCOTT, DIRECTOR, ARIZONA DEPARTMENT OF REVENUE, ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 117 F. 3d 1107.

No. 97–790. BLOUNT, EXECUTIVE DIRECTOR, VACAVILLE STATE HOSPITAL, ET AL. v. WASHINGTON. C. A. 9th Cir. Certiorari denied.

No. 97–797. YANKEE ENTERPRISES, INC. v. DUNKIN' DONUTS, INC. C. A. 5th Cir. Certiorari denied.

No. 97–804. COUNTY OF STANISLAUS ET AL. v. PACIFIC GAS & ELECTRIC CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–806. CHANDROSS v. ARENA ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 97–807. HUTCHINSON v. FISERV C. I. R., INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–808. FULTON, PERSONAL REPRESENTATIVE OF THE ESTATE OF LUCAS, DECEASED, ET AL. v. SANDERS ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–812. TAXPAYERS OF KING COUNTY v. KING COUNTY ET AL. Sup. Ct. Wash. Certiorari denied.